26050. CRAWFORD *v.* POLLARD, receiver.

SUTTON, J. This case is controlled by the decisions in *Savannah &c. Ry. Co. v. Beavers,* 113 *Ga.* 398 (39 S. E. 82, 54 L. R. A. 314), and *McCall v. McCallie,* 48 *Ga. App.* 99 (171 S. E. 843). The court did not err in sustaining the general demurrer to the petition.

*Judgment affirmed. Stephens, P. J., and Felton, J., concur.*

DECIDED APRIL 19, 1937.

*J. A. Hixon, J. E. D. Shipp,* for plaintiff.

*R. L. Maynard, H. A. Wilkinson, Henry Wilkinson,* for defendant.